## **VERIFICATION**

I, William "Sam" McCann, state under oath that the foregoing claims are true and correct to the best of my knowledge and belief.

Dated: May 1, 2018

_____
William "Sam" McCann