IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| William "Sam" McCann and<br>Bruce Alan Mcdaniel, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | Case No. 18-CV-3115 |
| William E. Brady, in his official capacity as<br>Minority Leader of the Illinois State Senate,<br>Leader of the Illinois Senate Republican<br>Caucus, and Senate Leader of the Illinois<br>Republican Party; the Illinois Senate<br>Republican Caucus; and, the Illinois<br>Republican Party, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Judge: Andrea R. Wood<br><br>Magistrate Judge: Sheila M. Finnegan |
| Defendants. | ) | |

## **PLAINTIFFS' AMENDED NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and 41(a)(1)(B), Plaintiffs hereby give notice that they are dismissing Defendants Illinois Senate Republican Caucus and Illinois Republican Party, with prejudice, from the above-captioned action. Dismissal upon notice is sufficient under Rule 41 because Defendants Illinois Senate Republican Caucus and Illinois Republican Party have not filed an answer to the First Amended Complaint. As discussed in this Court's May 18, 2018 Memorandum Opinion and Order (ECF Doc. #34, PageID 232), and the Order entered May 30, 2018, by the Seventh Circuit Court of Appeals (Doc. #2), this notice of dismissal should have the effect of resolving all pending claims so that a final and appealable judgment may enter.

Dated: May 31, 2018                                       Respectfully submitted,

                                                                         By: /s/ Dale D. Pierson
                                                                               One of the Attorneys for Plaintiffs

Dale D. Pierson *(dpierson@local150.org)*       Melissa M. Binetti *(mbinetti@iiiffc.org)*
Charles R. Kiser *(ckiser@local150.org)*           Kara M. Principe *(kprincipe@iiiffc.org)*
Robert A. Paszta *(rpaszta@local150.org)*       Joseph P. Sweeney *(jsweeney@iiiffc.org)*
James Connolly, Jr. *(jconnolly@local150.org)*  Indiana, Illinois, Iowa Foundation
Local 150 Legal Department                              for Fair Contracting
6140 Joliet Road                                                   6170 Joliet Road
Countryside, IL  60525                                        Countryside, IL  60525
Ph. 708/579-6663; Fx. 708/588-1647              Ph. 815/254-3332; Fx. 815/254-3525

**CERTIFICATE OF SERVICE**

        The undersigned, an attorney of record, hereby certifies that on May 31, 2018, he electronically filed the foregoing with the Clerk of Court using the CM/CM/ECF system, which sent notification to the following:

Thomas A. Ioppolo *(tioppolo@atg.state.il.us)*<br>
Sarah H. Newman *(snewman@atg.state.il.us)*<br>
Assistant Attorneys General<br>
100 West Randolph Street, 13th Floor<br>
Chicago, IL 60601

        By: /s/ Dale D. Pierson  
        One of the Attorneys for Plaintiffs

| | |
|---|---|
| Dale D. Pierson *(dpierson@local150.org)* | Melissa M. Binetti *(mbinetti@iiiffc.org)* |
| Charles R. Kiser *(ckiser@local150.org)* | Kara M. Principe *(kprincipe@iiiffc.org)* |
| Robert A. Paszta *(rpaszta@local150.org)* | Joseph P. Sweeney *(jsweeney@iiiffc.org)* |
| James Connolly, Jr. *(jconnolly@local150.org)* | Indiana, Illinois, Iowa Foundation |
| Local 150 Legal Department | for Fair Contracting |
| 6140 Joliet Road | 6170 Joliet Road |
| Countryside, IL 60525 | Countryside, IL 60525 |
| Ph. 708/579-6663; Fx. 708/588-1647 | Ph. 815/254-3332; Fx. 815/254-3525 |